**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**November 22, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ROBERT VANDORI JOHNSON,

    Defendant - Appellant.

No. 23-1054
(D.C. No. 1:22-CR-00046-RM-2)
(D. Colo.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before the court on the parties' _Joint Motion to Remand for Resentencing without Application of the Armed Career Criminal Act_. The parties move this court to vacate Appellant Robert Vandori Johnson's sentence and to remand this matter in light of _United States v. Taylor_, 142 S. Ct. 2015 (2022).

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on a joint motion to remand to the district court, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. _See_ Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

Upon consideration, the Motion is granted. This matter is remanded to the district court with instructions to vacate Mr. Johnson's sentence and to conduct further proceedings necessary to resentence him in accordance with *Taylor*.

The Clerk is directed to issue the mandate forthwith.

Entered for the Court

Per Curiam